## UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**STEWART DALZELL**                                10613 United States
                                                   Courthouse
           JUDGE                                   Independence Mall West
                                                   Philadelphia, Pennsylvania
                                                             19106

                                                         267-299-7399

August 9, 2002

**\*\*AMENDED NOTICE\*\***

David S. Dessen, Esq.
1814 Chestnut Street
Philadelphia, PA 19103

Richard M. Bernstein, Esq.
U.S. Attorney's office
615 Chestnut Street, Ste. 1250
Philadelphia, PA 19106

          Re: C.A. No. 02-3604, Eddis v. U.S.A.

Dear Counsel:

          Judge Dalzell has set the referenced case for a Rule 16 conference at 4:00 p.m. on   Wednesday, September 4, 2002, in his chambers.

          As you will see from the enclosed Scheduling Policy Statement, Judge Dalzell allots between ten and twenty minutes for these conferences.  You should review the Scheduling Policy Statement before completing the "Conference Information Report" enclosed with this letter.  You should bring the Conference Information Report with you to the Rule 16 conference.

          At the close of the conference, you will receive an Order from Judge Dalzell that will list firm dates for the completion of discovery, other pretrial submissions and trial that will be set at the conference.

                                        Very truly yours,


                                        Eileen Adler
                                        Courtroom Deputy


ec
Enc.