```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

DAVID EDDIS : CIVIL ACTION
:
   v. :
:
UNITED STATES OF AMERICA : NO. 02-3604

<u>ORDER</u>

AND NOW, this 5th day of September, 2002, after a Rule 16 conference yesterday, it is hereby ORDERED that:

1. The parties shall COMPLETE all merits discovery by October 18, 2002;

2. The parties shall EXCHANGE experts' reports by November 8, 2002;

3. The parties shall COMPLETE the deposition of experts by December 16, 2002;

4. This matter is REFERRED to the Honorable Jacob P. Hart for mediation during the week of December 16, 2002, and the parties shall participate in accordance with Judge Hart's direction;

5. If the parties do not resolve this matter, a non-jury trial will be set promptly after receiving advice of the failure to settle.

                                  BY THE COURT:

                                  _____
                                  Stewart Dalzell, J.