```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

DAVID J. EDDIS                    :        CIVIL ACTION
                                  :
    v.                            :
                                  :
UNITED STATES OF AMERICA          :        NO. 02-3604

<u>ORDER</u>

AND NOW, this 28th day of February, 2003, Judge Hart reporting that his mediation efforts proved to be unavailing, it is hereby ORDERED that:

1. The parties shall FILE their pretrial submission, in accordance with the Court's Standing Order (attached) by March 10, 2003, with a copy delivered to Chambers (Room 10613) by 4:00 p.m. that day; and

2. A non-jury trial, not to exceed one day, shall COMMENCE at 10:30 a.m. on March 18, 2003, in Courtroom 10B.

                                  BY THE COURT:


                                  _____
                                  Stewart Dalzell, J.