```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

DAVID J. EDDIS                  :        CIVIL ACTION
                                :
     v.                         :
                                :
UNITED STATES OF AMERICA        :        NO. 02-3604

<u>ORDER</u>

AND NOW, this 6th day of March, 2003, upon consideration of plaintiff's epistolary request for a bifurcation of the trial to be held on March 18, 2003, and plaintiff having shown good cause[1] and the Government not opposing the request, it is hereby ORDERED that:

1. The liability and damages portions of the trial shall be BIFURCATED;

2. The liability portion of the trial shall take place as scheduled on March 18, 2003; and

3. The scheduling of the damages portion of the trial, if necessary, shall be announced by further Order of this Court.

BY THE COURT:

_____
Stewart Dalzell, J.

---

1. Plaintiff's expert, Dr. Jason Green, cannot be deposed before March 18, 2003.